1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11   JONATHAN W. MUNDO,                              1:16 -cv-00569 JLT (HC)

12              Petitioner,                          ORDER DENYING MOTION FOR
                                                     APPOINTMENT OF COUNSEL
13        v.
                                                     (Doc. 17)
14   KIM HOLLAND,

15              Respondent.

16

17        Petitioner has requested the appointment of counsel.  There currently exists no absolute

18   right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze, 258 F.2d

19   479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).  However, Title

20   18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the

21   interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.  In the

22   present case, the Court does not find that the interests of justice require the appointment of

23   counsel.  This case was dismissed on August 8, 2016, for lack of jurisdiction.  Thus, Petitioner's

24   request for appointment of counsel is DENIED.

25   IT IS SO ORDERED.

26

27   Dated:   **September 6, 2016**            _____**/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE

28